**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

_____ District of **South Carolina**
(State)

Case number (*if known*): _____ Chapter **7**

☐ Check if this is an
amended filing

## Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy    06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

1. **Debtor's name** — Scott's Capital Investments, LLC

2. **All other names debtor used in the last 8 years**

   Include any assumed names, trade names, and *doing business as* names

3. **Debtor's federal Employer Identification Number (EIN)** — 8 4 _ 2 9 0 4 1 0 3 _ _

4. **Debtor's address**

   **Principal place of business**

   526 Lilypad Ct.
   Number    Street

   Chapin, SC 29036
   City        State    ZIP Code

   Lexington County
   County

   **Mailing address, if different from principal place of business**

   Number    Street

   P.O. Box

   City        State    ZIP Code

   **Location of principal assets, if different from principal place of business**

   Number    Street

   City        State    ZIP Code

5. **Debtor's website (URL)** — https://scottscap.com

| Debtor | **Scott's Capital Investments, LLC** | Case number (if known)_____ |
|---|---|---|
| | Name | |

| 6. | **Type of debtor** | ☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br>☐ Partnership (excluding  LLP)<br>☐ Other. Specify: _____ |
|---|---|---|

| 7. | **Describe debtor's business** | A. *Check one:*<br><br>☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))<br>☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))<br>☐ Railroad (as defined in 11 U.S.C. § 101(44))<br>☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))<br>☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))<br>☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))<br>☑ None of the above<br><br>B. *Check all that apply:*<br><br>☐ Tax-exempt entity (as described in 26 U.S.C. § 501)<br>☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)<br>☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))<br><br>C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes .<br>**531390** |
|---|---|---|

| 8. | **Under which chapter of the Bankruptcy Code is the debtor filing?**<br><br>A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box. | *Check one:*<br>☑ Chapter 7<br>☐ Chapter 9<br>☐ Chapter 11. *Check all that apply*:<br><br>    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).<br><br>    ☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).<br><br>    ☐ A plan is being filed with this petition.<br><br>    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).<br><br>    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.<br><br>    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.<br><br>☐ Chapter 12 |
|---|---|---|

Debtor    **Scott's Capital Investments, LLC**                    Case number (if known)_____
          <u>Name</u>

9.  **Were prior bankruptcy cases**        ☑ No
    **filed by or against the debtor**
    **within the last 8 years?**           ☐ Yes.   District _____   When _____   Case number _____
                                                                                      MM / DD / YYYY
    If more than 2 cases, attach a
    separate list.                                   District _____   When _____   Case number _____
                                                                                      MM / DD / YYYY

10. **Are any bankruptcy cases**           ☑ No
    **pending or being filed by a**
    **business partner or an**             ☐ Yes.   Debtor _____   Relationship _____
    **affiliate of the debtor?**
                                                     District _____   When _____
    List all cases. If more than 1,                                                                      MM / DD / YYYY
    attach a separate list.
                                                     Case number, if known _____

11. **Why is the case filed in *this***     *Check all that apply:*
    ***district?***
                                           ☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days
                                              immediately preceding the date of this petition or for a longer part of such 180 days than in any other
                                              district.

                                           ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

12. **Does the debtor own or have**         ☑ No
    **possession of any real**
    **property or personal property**      ☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.
    **that needs immediate**
    **attention?**                                  **Why does the property need immediate attention?** *(Check all that apply.)*

                                                     ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

                                                        What is the hazard? _____

                                                     ☐ It needs to be physically secured or protected from the weather.

                                                     ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without
                                                        attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related
                                                        assets or other options).

                                                     ☐ Other _____

                                                     **Where is the property?**_____
                                                                              Number       Street

                                                                              _____

                                                                              _____
                                                                              City                              State ZIP Code

                                                     **Is the property insured?**

                                                     ☐ No

                                                     ☐ Yes. Insurance agency _____

                                                              Contact name   _____

                                                              Phone          _____

    ████  **Statistical and administrative information**

Debtor    **Scott's Capital Investments, LLC**
_____
Name

Case number (if known)_____

| 13. Debtor's estimation of available funds | Check one: |
|---|---|
| | ☐ Funds will be available for distribution to unsecured creditors. |
| | ☑ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors. |

| 14. Estimated number of creditors | ☑ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
|---|---|---|---|
| | ☐ 50-99 | ☐ 5,001-10,000 | ☐ 50,001-100,000 |
| | ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than 100,000 |
| | ☐ 200-999 | | |

| 15. Estimated assets | ☑ $0-$50,000 | ☐ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
|---|---|---|---|
| | ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| | ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| | ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

| 16. Estimated liabilities | ☐ $0-$50,000 | ☐ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
|---|---|---|---|
| | ☑ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| | ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| | ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

### Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

| 17. Declaration and signature of authorized representative of debtor | The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition. |
|---|---|
| | I have been authorized to file this petition on behalf of the debtor. |
| | I have examined the information in this petition and have a reasonable belief that the information is true and correct. |

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  03/28/2023
              MM / DD / YYYY

**✗ /s/ Joshua Scott**                              Joshua Scott
Signature of authorized representative of debtor      Printed name

Title Sole Owner/Member

Debtor      Scott's Capital Investments, LLC                          Case number (if known)_____
            Name

**18. Signature of attorney**      **X** /s/ Janet B. Haigler          Date      03/28/2023
                                   Signature of attorney for debtor              MM   / DD / YYYY

                                   Janet B. Haigler
                                   Printed name
                                   Haigler Law Firm LLC
                                   Firm name
                                   Post Office Box 505
                                   Number      Street
                                   Chapin                                    SC        29036
                                   City                                      State     ZIP Code
                                   (803) 261-9806                            jhaigler@haiglerlawfirm.com
                                   Contact phone                             Email address

                                   65148 and Fed. Dist. Id. No. 5708    SC
                                   Bar number                                State

**Fill in this information to identify the case and this filing:**

Debtor Name  Scott's Capital Investments, LLC

United States Bankruptcy Court for the: _____  District of  SC
(State)

Case number (if known): _____

## Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☑ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

☑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☑ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☑ *Schedule H: Codebtors* (Official Form 206H)

☑ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐ Amended *Schedule* _____

☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐ Other document that requires a declaration_____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  03/28/2023          ✗ /s/ Joshua Scott
MM / DD / YYYY          Signature of individual signing on behalf of debtor

Joshua Scott
Printed name

Sole Owner/Member
Position or relationship to debtor

Fill in this information to identify the case:

Debtor name  **Scott's Capital Investments, LLC**

United States Bankruptcy Court for the: _____  District of **SC**
(State)

Case number (If known): _____

☐ Check if this is an
amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals

12/15

---

### Part 1:  Summary of Assets

1. *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

1a. **Real property:**
Copy line 88 from *Schedule A/B*..................................................................................................

$ 0.00

1b. **Total personal property:**
Copy line 91A from *Schedule A/B*...............................................................................................

$3,341.48

1c. **Total of all property:**
Copy line 92 from *Schedule A/B*.................................................................................................

$ 3,341.48

---

### Part 2:  Summary of Liabilities

2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
Copy the total dollar amount listed in Column A, *Amount of claim*, from line 3 of *Schedule D*...........................

$ 0.00

3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

3a. **Total claim amounts of priority unsecured claims:**
Copy the total claims from Part 1 from line 5a of *Schedule E/F* ......................................................

$ 0.00

3b. **Total amount of claims of nonpriority amount of unsecured claims:**
Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F* .........................................

+ $ 95,511.69

4. **Total liabilities**..................................................................................................................
Lines 2 + 3a + 3b

$ 95,511.69

Fill in this information to identify the case:

Debtor name    Scott's Capital Investments, LLC

United States Bankruptcy Court for the: _____ District of  **SC**
(State)

Case number (if known): _____

☐ Check if this is an
amended filing

## Official Form 206A/B

# Schedule A/B: Assets — Real and Personal Property                    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| **Part 1:** | **Cash and cash equivalents** |
| --- | --- |

1. Does the debtor have any cash or cash equivalents?

☐ No. Go to Part 2.
☑ Yes. Fill in the information below.

**All cash or cash equivalents owned or controlled by the debtor**

Current value of debtor's interest

2. Cash on hand

$ 0.00

3. Checking, savings, money market, or financial brokerage accounts *(Identify all)*

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
| --- | --- | --- | --- |
| 3.1. Navy Federal Credit Union | Checking | 3554 — — — | $ 1304.02 |
| 3.2. Navy Federal Credit Union | Savings | 0470 — — — | $ 25.86 |

4. Other cash equivalents *(Identify all)*

| 4.1. _____ | $ 0.00 |
| 4.2. _____ | $ 0.00 |

5. **Total of Part 1**

Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

$ 1,329.88

| **Part 2:** | **Deposits and prepayments** |
| --- | --- |

6. Does the debtor have any deposits or prepayments?

☑ No. Go to Part 3.
☐ Yes. Fill in the information below.

Current value of debtor's interest

7. Deposits, including security deposits and utility deposits

Description, including name of holder of deposit

| 7.1. _____ | $ _____ |
| 7.2. _____ | $ _____ |

Debtor    Scott's Capital Investments, LLC
_____
Name

Case number (if known)_____

**8. Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

Description, including name of holder of prepayment

8.1._____    $_____

8.2._____    $_____

**9. Total of Part 2.**

Add lines 7 through 8. Copy the total to line 81.    | $ 0.00 |

---

**Part 3:    Accounts receivable**

**10. Does the debtor have any accounts receivable?**

☑ No. Go to Part 4.

☐ Yes. Fill in the information below.

Current value of debtor's interest

**11. Accounts receivable**

11a. 90 days old or less:    _____ – _____ = ......→    $_____
                              face amount            doubtful or uncollectible accounts

11b. Over 90 days old:    _____ – _____ = ......→    $_____
                           face amount            doubtful or uncollectible accounts

**12. Total of Part 3**

Current value on lines 11a + 11b = line 12. Copy the total to line 82.    | $ 0.00 |

---

**Part 4:    Investments**

**13. Does the debtor own any investments?**

☑ No. Go to Part 5.

☐ Yes. Fill in the information below.

| | Valuation method used for current value | Current value of debtor's interest |

**14. Mutual funds or publicly traded stocks not included in Part 1**

Name of fund or stock:

14.1._____    _____    $_____

14.2._____    _____    $_____

**15. Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

Name of entity:    % of ownership:

15.1._____    _____%    _____    $_____

15.2._____    _____%    _____    $_____

**16. Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

Describe:

16.1._____    _____    $_____

16.2._____    _____    $_____

**17. Total of Part 4**

Add lines 14 through 16. Copy the total to line 83.    | $ 0.00 |

Official Form 206A/B    Schedule A/B: Assets — Real and Personal Property    page 2

Debtor    Scott's Capital Investments, LLC                           Case number (if known)_____
          _____
          Name

| Part 5: | Inventory, excluding agriculture assets |
|---|---|

18. Does the debtor own any inventory (excluding agriculture assets)?

   ☑ No. Go to Part 6.

   ☐ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19. Raw materials | | | | |
| _____ | ___ / ___ / ____ MM / DD / YYYY | $_____ | _____ | $_____ |
| 20. Work in progress | | | | |
| _____ | ___ / ___ / ____ MM / DD / YYYY | $_____ | _____ | $_____ |
| 21. Finished goods, including goods held for resale | | | | |
| _____ | ___ / ___ / ____ MM / DD / YYYY | $_____ | _____ | $_____ |
| 22. Other inventory or supplies | | | | |
| _____ | ___ / ___ / ____ MM / DD / YYYY | $_____ | _____ | $_____ |

23. Total of Part 5

   Add lines 19 through 22. Copy the total to line 84.

   $ 0.00

24. Is any of the property listed in Part 5 perishable?
   ☐ No
   ☐ Yes

25. Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?
   ☐ No
   ☐ Yes. Book value _____ Valuation method_____ Current value_____

26. Has any of the property listed in Part 5 been appraised by a professional within the last year?
   ☐ No
   ☐ Yes

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---|---|

27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?

   ☑ No. Go to Part 7.

   ☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 28. Crops—either planted or harvested | | | |
| _____ | $_____ | _____ | $_____ |
| 29. Farm animals Examples: Livestock, poultry, farm-raised fish | | | |
| _____ | $_____ | _____ | $_____ |
| 30. Farm machinery and equipment  (Other than titled motor vehicles) | | | |
| _____ | $_____ | _____ | $_____ |
| 31. Farm and fishing supplies, chemicals, and feed | | | |
| _____ | $_____ | _____ | $_____ |
| 32. Other farming and fishing-related property not already listed in Part 6 | | | |
| _____ | $_____ | | $_____ |

Debtor  __Scott's Capital Investments, LLC_____    Case number (if known)_____
                    Name

**33. Total of Part 6.**

Add lines 28 through 32. Copy the total to line 85.

$0.00

**34. Is the debtor a member of an agricultural cooperative?**

☐ No

☐ Yes. Is any of the debtor's property stored at the cooperative?

☐ No

☐ Yes

**35. Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

☐ No

☐ Yes. Book value $_____ Valuation method _____ Current value $_____

**36. Is a depreciation schedule available for any of the property listed in Part 6?**

☐ No

☐ Yes

**37. Has any of the property listed in Part 6 been appraised by a professional within the last year?**

☐ No

☐ Yes

---

**Part 7:    Office furniture, fixtures, and equipment; and collectibles**

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No. Go to Part 8.

☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **39. Office furniture** None | $_____ | _____ | $0.00 |
| **40. Office fixtures** None | $_____ | _____ | $0.00 |
| **41. Office equipment, including all computer equipment and communication systems equipment and software** Apple MacBook Pro 16 | $2,000.00 | _____ | $2,000.00 |
| **42. Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |
| 42.1 None | $_____ | _____ | $0.00 |
| 42.2 | $_____ | _____ | $_____ |
| 42.3 | $_____ | _____ | $_____ |

**43. Total of Part 7.**

Add lines 39 through 42. Copy the total to line 86.

$2,000.00

**44. Is a depreciation schedule available for any of the property listed in Part 7?**

☑ No

☐ Yes

**45. Has any of the property listed in Part 7 been appraised by a professional within the last year?**

☑ No

☐ Yes

Debtor    Scott's Capital Investments, LLC                                    Case number (if known)_____
         Name

| **Part 8:** | **Machinery, equipment, and vehicles** |

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☑ No. Go to Part 9.

☐ Yes. Fill in the information below.

| General description<br><br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest<br><br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 47. **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1_____ | $_____ | _____ | $_____ |
| 47.2_____ | $_____ | _____ | $_____ |
| 47.3_____ | $_____ | _____ | $_____ |
| 47.4_____ | $_____ | _____ | $_____ |
| 48. **Watercraft, trailers, motors, and related accessories** Examples: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |
| 48.1_____ | $_____ | _____ | $_____ |
| 48.2_____ | $_____ | _____ | $_____ |
| 49. **Aircraft and accessories** | | | |
| 49.1_____ | $_____ | _____ | $_____ |
| 49.2_____ | $_____ | _____ | $_____ |
| 50. **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)** | | | |
| _____ | $_____ | _____ | $_____ |

51. **Total of Part 8.**

Add lines 47 through 50. Copy the total to line 87.                                                $ 0.00

52. **Is a depreciation schedule available for any of the property listed in Part 8?**

☑ No

☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

☑ No

☐ Yes

Debtor   Scott's Capital Investments, LLC
_____
Name

Case number (if known)_____

---

**Part 9:   Real property**

54.  **Does the debtor own or lease any real property?**
☑ No. Go to Part 10.
☐ Yes. Fill in the information below.

55.  **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as<br>Assessor Parcel Number (APN), and type of property<br>(for example, acreage, factory, warehouse, apartment<br>or office building), if available. | Nature and extent<br>of debtor's interest<br>in property | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|---|
| 55.1_____ | _____ | $_____ | _____ | $_____ |
| 55.2_____ | _____ | $_____ | _____ | $_____ |
| 55.3_____ | _____ | $_____ | _____ | $_____ |
| 55.4_____ | _____ | $_____ | _____ | $_____ |
| 55.5_____ | _____ | $_____ | _____ | $_____ |
| 55.6_____ | _____ | $_____ | _____ | $_____ |

56.  **Total of Part 9.**
Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

$0.00

57.  **Is a depreciation schedule available for any of the property listed in Part 9?**
☑ No
☐ Yes

58.  **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
☑ No
☐ Yes

---

**Part 10:   Intangibles and intellectual property**

59.  **Does the debtor have any interests in intangibles or intellectual property?**
☐ No. Go to Part 11.
☑ Yes. Fill in the information below.

| General description | Net book value of<br>debtor's interest<br>(Where available) | Valuation method<br>used for current value | Current value of<br>debtor's interest |
|---|---|---|---|
| 60.  **Patents, copyrights, trademarks, and trade secrets**<br>11 Book Titles Self Published on Amazon KDP | See Attached<br>$ List of Books | Book sold in Feb.<br>2023 for $10 &<br>Mar. 2023 for $1.60. | $ 11.60 |
| 61.  **Internet domain names and websites**<br>https://scottscap.com | $ 0.00 | Funds expected<br>in 60 days from sale. | $ 0.00 |
| 62.  **Licenses, franchises, and royalties**<br>_____ | $_____ | | $_____ |
| 63.  **Customer lists, mailing lists, or other compilations**<br>_____ | $_____ | | $_____ |
| 64.  **Other intangibles, or intellectual property**<br>_____ | $_____ | | $_____ |
| 65.  **Goodwill**<br>_____ | $_____ | | $_____ |

66.  **Total of Part 10.**
Add lines 60 through 65. Copy the total to line 89.

$ 11.60

---

2/6/23, 2:52 PM                            Amazon Kindle Direct Publishing self-publish your book to Amazon's Kindle Store

Your Account | English | Help | Sign out

kindle | direct publishing          Bookshelf    |    Reports    |    Community    |    Marketing

---

**Title archiving now available**

You can archive a title by selecting "archive title" from the "..." menu. To view and unarchive books, change your Bookshelf view to "archived." Learn more

---

# Create. Manage. Publish.

Publish a new title by clicking Create. Or manage your existing titles from your books below.

UPDATED  Create a new title or series.

Reach readers in the format they want. You can now publish an eBook, paperback, hardcover book, or Kindle Vella story. If publishing a series, you can create an Amazon series page and add your books.

**New to KDP? Learn more about our resources to help you get started:**

Create a book | Book timelines | Free ISBNs | Tools and resources

$+$ Create

NEW  Manage Kindle Vella Stories
Create and manage your Kindle Vella stories, one episode at a time.

Visit Kindle Vella

---

## Bookshelf

| View: | Sort by: | Filter by: |
|---|---|---|
| Your titles | Last Modified | All |

Title, status, etc.    Search

---



**James the Phish: A Tale of a Small ...**

By Joshua Scott

| + Create Kindle eBook | Link existing Kindle eBook |
|---|---|

Why offer multiple formats?

| Paperback | $7.75 USD | PAPERBACK ACTIONS |
| **LIVE** | View on Amazon | |
| Submitted on September 14, 2022 | ASIN: B0BF3P5WPQ | Order author copies    ... |

| + Create hardcover | Link existing hardcover |
|---|---|

Why offer multiple formats?

---



**ID10T: A Notebook for Technicians**

By Joshua Scott

| + Create Kindle eBook | Link existing Kindle eBook |
|---|---|

Why offer multiple formats?

| Paperback | $6.50 USD | PAPERBACK ACTIONS |
| **LIVE** | View on Amazon | |
| Submitted on August 22, 2022 | ASIN: B0BB5QVZQJ | Order author copies    ... |

| Hardcover | $14.15 USD | HARDCOVER ACTIONS |
| **LIVE** | View on Amazon | |
| Submitted on August 19, 2022 | ASIN: B0BB5QTY12 | Order author copies    ... |



**Composition Notebook Wide Ruled: Be...**

By Scott's Capital Investments

| | | | |
|---|---|---|---|
| + Create Kindle eBook | | Link existing Kindle eBook | |

Why offer multiple formats?

Paperback
LIVE
Submitted on November 4, 2022

$9.15 USD
View on Amazon
ASIN: B0BLG2P723

PAPERBACK ACTIONS
Order author copies   ...

+ Create hardcover          Link existing hardcover

Why offer multiple formats?

---

**Composition Notebook: Christmas The...**

By Joshua Scott

+ Create Kindle eBook          Link existing Kindle eBook

Why offer multiple formats?

Paperback
LIVE
Submitted on September 22, 2022

$4.95 USD
View on Amazon
ASIN: B0BFV28Y5L

PAPERBACK ACTIONS
Order author copies   ...

+ Create hardcover          Link existing hardcover

Why offer multiple formats?

---

**GET TO THE LIFELINE OF YOUR DREAMS:...**

By Joshua Scott

Kindle eBook
LIVE
Submitted on December 17, 2021

$1.75 USD
View on Amazon
ASIN: B09NS1L4K5

KINDLE EBOOK ACTIONS
Promote and Advertise   ...

Paperback
LIVE
Submitted on December 18, 2021

$5.55 USD
View on Amazon
ASIN: B09NRCXSTP

PAPERBACK ACTIONS
Order author copies   ...

+ Create hardcover          Link existing hardcover

Why offer multiple formats?

---

**Coloring the Fun of Lake Murray, So...**

By Joshua Scott

+ Create Kindle eBook          Link existing Kindle eBook

Why offer multiple formats?

Paperback
LIVE
Submitted on May 9, 2022

$5.25 USD
View on Amazon
ASIN: B09ZSG68XF

PAPERBACK ACTIONS
Order author copies   ...

+ Create hardcover          Link existing hardcover

Why offer multiple formats?



**Coloring the Adventures of Jekyll I...**
By Joshua Scott

+ Create Kindle eBook

Link existing Kindle eBook

Why offer multiple formats?

Paperback
LIVE
Submitted on March 18, 2022

$5.25 USD
View on Amazon
ASIN: B09VWNZ4DR

PAPERBACK ACTIONS
Order author copies    ...

+ Create hardcover

Link existing hardcover

Why offer multiple formats?

**The Alphabet Print Handwriting Work...**
By Scott's Capital Investments

+ Create Kindle eBook

Link existing Kindle eBook

Why offer multiple formats?

Paperback
LIVE
Submitted on October 10, 2022

$7.79 USD
View on Amazon
ASIN: B0BHT5J1ZR

PAPERBACK ACTIONS
Order author copies    ...

+ Create hardcover

Link existing hardcover

Why offer multiple formats?

**The Alphabet Cursive Handwriting Wo...**
By Scott's Capital Investments

+ Create Kindle eBook

Link existing Kindle eBook

Why offer multiple formats?

Paperback
LIVE
Submitted on October 15, 2022

$7.79 USD
View on Amazon
ASIN: B0BJ4YJDMR

PAPERBACK ACTIONS
Order author copies    ...

+ Create hardcover

Link existing hardcover

Why offer multiple formats?

**Graph Paper Notebook: Historic Thom...**
By Joshua Scott

+ Create Kindle eBook

Link existing Kindle eBook

Why offer multiple formats?

Paperback
LIVE
Submitted on October 2, 2022

$5.55 USD
View on Amazon
ASIN: B0BH2D7S64

PAPERBACK ACTIONS
Order author copies    ...

+ Create hardcover

Link existing hardcover

Why offer multiple formats?

Amazon Kindle Direct Publishing- Self-publish your book to Amazon's Kindle Store



**MILEAGE LOG BOOK: For tax deduction...**

By Scott's Capital Investments

| + Create Kindle eBook | | Link existing Kindle eBook |
|---|---|---|
| Why offer multiple formats? | | |

| Paperback | $5.97 USD | PAPERBACK ACTIONS |
|---|---|---|
| **LIVE** | View on Amazon | |
| Submitted on October 5, 2022 | ASIN: B0BHCD67T1 | Order author copies   ... |

| + Create hardcover | Link existing hardcover |
|---|---|

Why offer multiple formats?

25 Per Page



| **Make More Money** | **KDP Select Global Fund** | **Reach more readers through Kindle** |
|---|---|---|
| **Reach More Readers** | December 2022 | **Unlimited** |
| Learn More | $45.3 Million | Learn More |

amazon kindle    © 1996-2023, Amazon.com, Inc. or its affiliates. All Rights Reserved.

Amazon and Kindle are trademarks of Amazon.com Inc. or its affiliates.

**KDP Select**
Earn more money and reach new readers

**KDP Community**
Connect with experts and fellow authors

**CreateSpace**
Indie print publishing made easy

**ACX**
Indie audiobook publishing made easy

KDP Terms and Conditions  |  Privacy Notice  |  Conditions of Use  |  Contact Us  |  Join Our Team  |  kdp.amazon.co.jp

Debtor    **Scott's Capital Investments, LLC**                    Case number (if known)_____
Name

67. Do your lists or records include personally identifiable information of customers (as defined in 11 U.S.C. §§ 101(41A) and 107)?
   ☑ No
   ☐ Yes

68. Is there an amortization or other similar schedule available for any of the property listed in Part 10?
   ☐ No
   ☑ Yes

69. Has any of the property listed in Part 10 been appraised by a professional within the last year?
   ☑ No
   ☐ Yes

## Part 11:  All other assets

70. Does the debtor own any other assets that have not yet been reported on this form?
   Include all interests in executory contracts and unexpired leases not previously reported on this form.
   ☐ No. Go to Part 12.
   ☑ Yes. Fill in the information below.

                                                                                        **Current value of
                                                                                        debtor's interest**

71. **Notes receivable**
   Description (include name of obligor)

   _____    _____  –  _____  = →   $_____
                                        Total face amount    doubtful or uncollectible amount

72. **Tax refunds and unused net operating losses (NOLs)**

   Description (for example, federal, state, local)

   _____    Tax year _____    $_____
   _____    Tax year _____    $_____
   _____    Tax year _____    $_____

73. **Interests in insurance policies or annuities**

   _____                          $_____

74. **Causes of action against third parties** (whether or not a lawsuit
    has been filed)  Fraud claim against Palm Beach Realty Force LLC
                   (Costs of litigation outweighs recovery)          $ 0.00

    Nature of claim  Fraud Claim - 5/28/2020 w/d from NFCU Acct- No action filed

    Amount requested       $ 2,200.00

75. **Other contingent and unliquidated claims or causes of action of
    every nature, including counterclaims of the debtor and rights to
    set off claims**

    _____                          $_____

    Nature of claim       _____

    Amount requested      $_____

76. **Trusts, equitable or future interests in property**

    _____                          $_____

77. **Other property of any kind not already listed**  Examples: Season tickets,
    country club membership

    _____                          $_____
    _____                          $_____

78. **Total of Part 11.**                                              $ 0.00
    Add lines 71 through 77. Copy the total to line 90.

79. Has any of the property listed in Part 11 been appraised by a professional within the last year?
   ☑ No
   ☐ Yes

Debtor    **Scott's Capital Investments, LLC**    Case number (if known)_____

Name

---

| **Part 12:** | **Summary** |

---

**In Part 12 copy all of the totals from the earlier parts of the form.**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. Cash, cash equivalents, and financial assets. *Copy line 5, Part 1.* | $ 0.00 | |
| 81. Deposits and prepayments. *Copy line 9, Part 2.* | $ 1,329.88 | |
| 82. Accounts receivable. *Copy line 12, Part 3.* | $ 0.00 | |
| 83. Investments. *Copy line 17, Part 4.* | $ 0.00 | |
| 84. Inventory. *Copy line 23, Part 5.* | $ 0.00 | |
| 85. Farming and fishing-related assets. *Copy line 33, Part 6.* | $ 0.00 | |
| 86. Office furniture, fixtures, and equipment; and collectibles. *Copy line 43, Part 7.* | $ 2,000.00 | |
| 87. Machinery, equipment, and vehicles. *Copy line 51, Part 8.* | $ 0.00 | |
| 88. Real property. *Copy line 56, Part 9.* . .................................................................➔ | | $ 0.00 |
| 89. Intangibles and intellectual property. *Copy line 66, Part 10.* | $ 11.60 | |
| 90. All other assets. *Copy line 78, Part 11.* | + $ 0.00 | |
| 91. Total. Add lines 80 through 90 for each column............................. 91a. | $ 3,341.48 | **+** 91b. $ 0.00 |

92. Total of all property on Schedule A/B. Lines 91a + 91b = 92. ............................................................................................    $ 3,341.48

| Fill in this information to identify the case: |
|---|

Debtor name  **Scott's Capital Investments, LLC**

United States Bankruptcy Court for the: _____ District of **S.C.**
                                                                              (State)

Case number (if known):  _____

☐ Check if this is an
amended filing

Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property           12/15

Be as complete and accurate as possible.

1. **Do any creditors have claims secured by debtor's property?**
   ☑ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.
   ☐ Yes. Fill in all of the information below.

**Fill in this information to identify the case:**

Debtor **Scott's Capital Investments, LLC**

United States Bankruptcy Court for the: _____ District of **South Carolina**
(State)

Case number _____
(if known)

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims     12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:   List All Creditors with PRIORITY Unsecured Claims

1. Do any creditors have priority unsecured claims? (See 11 U.S.C. § 507).
   ☑ No. Go to Part 2.
   ☐ Yes. Go to line 2.

2. List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part. If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|

**2.1** Priority creditor's name and mailing address
Internal Revenue Service
Centralized Insolvency Operation
P.O. Box 7346, Philadelphia, PA 19101-7346

As of the petition filing date, the claim is: $ 0.00
Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed

$ Notice Only

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number  4103

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (____)

**2.2** Priority creditor's name and mailing address
SC Department of Revenue
Office of General Counsel
300A Outlet Pointe Blvd, Columbia, SC 29210

As of the petition filing date, the claim is: $ 0.00
Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed

$ Notice Only

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number  4103

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (____)

**2.3** Priority creditor's name and mailing address
SC DEW
Document Control - Bankruptcy
P.O. Box 995, Columbia, SC 29202-0995

As of the petition filing date, the claim is: $ 0.00
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ Notice Only

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number  4103

Is the claim subject to offset?
☐ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (____)

| Debtor | Scott's Capital Investments, LLC | Case number (if known)_____ |
|---|---|---|
| | Name | |

---

**Part 2:    List All Creditors with NONPRIORITY Unsecured Claims**

3. List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

Amount of claim

**3.1** Nonpriority creditor's name and mailing address
**American Express (Blue)**

**Three World Finance Center**

200 Vessey Street, New York, NY 10285-4803

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: **Credit Card**

$ 1,954.66

Date or dates debt was incurred    **2019**
Last 4 digits of account number    **31002**

Is the claim subject to offset?
☑ No
☐ Yes

**3.2** Nonpriority creditor's name and mailing address
**American Express (Gold)**

**Three World Finance Center**

200 Vessey Street, New York, NY 10285-4803

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: **Credit Card**

$ 3,931.52

Date or dates debt was incurred    **2019**
Last 4 digits of account number    **61002**

Is the claim subject to offset?
☑ No
☐ Yes

**3.3** Nonpriority creditor's name and mailing address
**Navy Federal Credit Union**

**820 Follin Lane SE**

**Vienna, VA 22180-4907**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: **Credit Card**

$ 8,860.37

Date or dates debt was incurred    **2019**
Last 4 digits of account number    **5150**

Is the claim subject to offset?
☑ No
☐ Yes

**3.4** Nonpriority creditor's name and mailing address
**Truist (formerly SunTrust)**

**Truist Financial Corporation**

**214 N. Tryon Street, Charlotte, NC 28202**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: **Credit Card**

$ 10,622.46

Date or dates debt was incurred    **2019**
Last 4 digits of account number    **8975**

Is the claim subject to offset?
☑ No
☐ Yes

**3.5** Nonpriority creditor's name and mailing address
**Joshua Scott**

526 Lilypad Ct.

Chapin, SC 29036

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: **Loans to LLC**

$ $70,142.68

Date or dates debt was incurred    **2019**
Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

**3.6** Nonpriority creditor's name and mailing address
_____

_____

_____

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

$ _____

Date or dates debt was incurred    _____
Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
☐ No
☐ Yes

---

Debtor  Scott's Capital Investments, LLC
    Name

Case number *(if known)*_____

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---|---|

5. Add the amounts of priority and nonpriority unsecured claims.

                                                              **Total of claim amounts**

5a. **Total claims from Part 1**              5a.    $ 0.00

5b. **Total claims from Part 2**              5b.  +  $ 95,511.69

5c. **Total of Parts 1 and 2**
    Lines 5a + 5b = 5c.              5c.    $ 95,511.69

| Fill in this information to identify the case: |
| --- |
| Debtor name  Scott's Capital Investments, LLC |
| United States Bankruptcy Court for the:_____  District of  S.C.
(State) |
| Case number (If known):  _____  Chapter  _____ |

☐ Check if this is an
amended filing

## Official Form 206G

# Schedule G: Executory Contracts and Unexpired Leases          12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**

   ☑ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

   ☐ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

**Fill in this information to identify the case:**

Debtor name __Scott's Capital Investments, LLC__

United States Bankruptcy Court for the:_____ District of __SC__
                                                              (State)

Case number (If known): _____

☐ Check if this is an
amended filing

## Official Form 206H

## Schedule H: Codebtors                                                    12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Does the debtor have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

☐ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, *Schedules D-G.* Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.**

*Column 1: Codebtor*                                          *Column 2: Creditor*

| | Name | Mailing address | | | Name | Check all schedules that apply: |
|---|---|---|---|---|---|---|
| 2.1 | Joshua Scott | 526 Lilypad Ct. <br> *Street* | | | Navy Federal Credit Union #5150- Disputed | ☐ D <br> ☑ E/F <br> ☐ G |
| | | Chapin <br> *City* | SC <br> *State* | Chapin, SC 29036 <br> *ZIP Code* | | |
| 2.2 | Joshua Scott | 526 Lilypad Ct. <br> *Street* | | | American Express (Blue) #31002 - Disputed | ☐ D <br> ☑ E/F <br> ☐ G |
| | | Chapin <br> *City* | SC <br> *State* | 29036 <br> *ZIP Code* | | |
| 2.3 | | <br> *Street* | | | | ☐ D <br> ☐ E/F <br> ☐ G |
| | | <br> *City* | <br> *State* | <br> *ZIP Code* | | |
| 2.4 | | <br> *Street* | | | | ☐ D <br> ☐ E/F <br> ☐ G |
| | | <br> *City* | <br> *State* | <br> *ZIP Code* | | |
| 2.5 | | <br> *Street* | | | | ☐ D <br> ☐ E/F <br> ☐ G |
| | | <br> *City* | <br> *State* | <br> *ZIP Code* | | |
| 2.6 | | <br> *Street* | | | | ☐ D <br> ☐ E/F <br> ☐ G |
| | | <br> *City* | <br> *State* | <br> *ZIP Code* | | |

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | Scott's Capital Investments, LLC |
| United States Bankruptcy Court for the: | District of **SC** (State) |
| Case number (If known): | |

☐ Check if this is an
amended filing

## Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    04/22

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages,
write the debtor's name and case number (if known).

### Part 1:    Income

**1. Gross revenue from business**

☐ None

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | | Sources of revenue Check all that apply | Gross revenue (before deductions and exclusions) |
|---|---|---|---|
| From the beginning of the fiscal year to filing date: | From 01/01/2023 to Filing date<br>MM / DD / YYYY | ☐ Operating a business<br>☑ Other Royalty and Refund | $ 378.91 |
| For prior year: | From 01/01/2022 to 12/31/2022<br>MM / DD / YYYY    MM / DD / YYYY | ☑ Operating a business<br>☐ Other | $ 19,896.00 |
| For the year before that: | From 01/01/2021 to 12/31/2021<br>MM / DD / YYYY    MM / DD / YYYY | ☑ Operating a business<br>☐ Other | $ 21,875.00 |

**2. Non-business revenue**

Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected
from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

☑ None

| | | Description of sources of revenue | Gross revenue from each source (before deductions and exclusions) |
|---|---|---|---|
| From the beginning of the fiscal year to filing date: | From _____ to Filing date<br>MM / DD / YYYY | _____ | $ _____ |
| For prior year: | From _____ to _____<br>MM / DD / YYYY    MM / DD / YYYY | _____ | $ _____ |
| For the year before that: | From _____ to _____<br>MM / DD / YYYY    MM / DD / YYYY | _____ | $ _____ |

Debtor ___Scott's Capital Investments, LLC_____    Case number (if known)_____
        Name

---

| **Part 2:** | **List Certain Transfers Made Before Filing for Bankruptcy** |

**3. Certain payments or transfers to creditors within 90 days before filing this case**

List payments or transfers—including expense reimbursements—to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None

| | Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer<br>Check all that apply |
|---|---|---|---|---|
| 3.1. | Joshua Scott | 1/6/2023 | $ 3,300.00 | ☑ Secured debt |
| | Creditor's name | | | ☑ Unsecured loan repayments |
| | 526 Lilypad Ct. | | | ☐ Suppliers or vendors |
| | Street | | | ☐ Services |
| | Chapin        SC        29036 | | | ☐ Other _____ |
| | City        State        ZIP Code | | | |
| 3.2. | | | $_____ | ☐ Secured debt |
| | Creditor's name | | | ☐ Unsecured loan repayments |
| | Street | | | ☐ Suppliers or vendors |
| | | | | ☐ Services |
| | City        State        ZIP Code | | | ☐ Other _____ |

**4. Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☑ None

| | Insider's name and address | Dates | Total amount or value | Reasons for payment or transfer |
|---|---|---|---|---|
| 4.1. | Joshua Scott | 3/28/2022 to filing | $ 33,000.00 | Monthly loan repayments for loans made by Joshua Scott to LLC pursuant to promissory notes. |
| | Insider's name | | | |
| | 526 Lilypad Ct. | | | |
| | Street | | | |
| | Chapin        SC        29036 | | | |
| | City        State        ZIP Code | | | |
| | Relationship to debtor | | | |
| | owner of the LLC | | | |
| 4.2. | | | $_____ | |
| | Insider's name | | | |
| | Street | | | |
| | City        State        ZIP Code | | | |
| | Relationship to debtor | | | |

---

Debtor    **Scott's Capital Investments, LLC**
_____    Case number (if known) _____
Name

**5. Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☑ None

| | Creditor's name and address | Description of the property | Date | Value of property |
|---|---|---|---|---|
| 5.1. | | | | $_____ |
| | Creditor's name | | | |
| | Street | | | |
| | City  State  ZIP Code | | | |
| 5.2. | | | | $_____ |
| | Creditor's name | | | |
| | Street | | | |
| | City  State  ZIP Code | | | |

**6. Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☐ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|
| Navy Federal Credit Union | NFCU withdrew payment for credit card account from LLC's Navy FCU Bank Account | 2/28/2023 | $178.00 |
| Creditor's name | | | |
| Street | | | |
| City  State  ZIP Code | Last 4 digits of account number: XXXX– __ __ __ __ | | |

**Part 3:    Legal Actions or Assignments**

**7. Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None

| | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | Legal actions associated with mortgage notes/deed owned by the LLC as described on attached Exhibit | | Various state courts | ☐ Pending |
| | | | Name | ☐ On appeal |
| | Case number    See SOFA #13 for Exhibit. | | Street | ☑ Concluded |
| | | | City  State  ZIP Code | |
| 7.2. | Case title | | Court or agency's name and address | ☐ Pending |
| | | | Name | ☐ On appeal |
| | Case number | | Street | ☐ Concluded |
| | | | City  State  ZIP Code | |

Debtor   **Scott's Capital Investments, LLC**
_____
Name                                                                         Case number (if known)_____

---

**8.  Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☑ None

| Custodian's name and address | Description of the property | Value |
|---|---|---|
| _____ Custodian's name | _____ | $_____ |
| _____ Street | **Case title** | **Court name and address** |
| _____ City          State          ZIP Code | **Case number** | _____ Name _____ Street |
| | **Date of order or assignment** | _____ City          State          ZIP Code |

---

**Part 4:    Certain Gifts and Charitable Contributions**

**9.  List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☑ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|
| 9.1. _____ Recipient's name | _____ | _____ | $_____ |
| _____ Street | _____ | | |
| _____ City          State          ZIP Code | | | |
| **Recipient's relationship to debtor** _____ | | | |
| 9.2. _____ Recipient's name | _____ | _____ | $_____ |
| _____ Street | _____ | | |
| _____ City          State          ZIP Code | | | |
| **Recipient's relationship to debtor** _____ | | | |

---

**Part 5:    Certain Losses**

**10. All losses from fire, theft, or other casualty within 1 year before filing this case.**

☑ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received. List unpaid claims on Official Form 106A/B (Schedule A/B: Assets – Real and Personal Property). | Date of loss | Value of property lost |
|---|---|---|---|
| _____ _____ | _____ | _____ | $_____ |

---

Debtor    **Scott's Capital Investments, LLC**
          _____          Case number (if known)_____
          Name

| Part 6: | Certain Payments or Transfers |
|---|---|

**11. Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None

| | Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Haigler Law Firm LLC** | | **02/2023** | $ **4,000 Legal Fees and Expenses** |
| | **Address** | | | |
| | **Post Office Box 505** | | | |
| | Street | | | |
| | **Chapin, SC 29036** | | | |
| | City            State       ZIP Code | | | |
| | Email or website address **jhaigler@haiglerlawfirm.com** | | | |
| | Who made the payment, if not debtor? **Joshua Scott** | | | |

| | Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.2. | | | | $_____ |
| | **Address** | | | |
| | Street | | | |
| | City            State       ZIP Code | | | |
| | Email or website address | | | |
| | Who made the payment, if not debtor? | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

☑ None

| | Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|---|
| | | | | $_____ |
| | Trustee | | | |

Debtor    __Scott's Capital Investments, LLC__
          Name                                            Case number (if known)_____

---

**13. Transfers not already listed on this statement**

List any transfers of money or other property—by sale, trade, or any other means—made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☐ None

| | Who received transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| 13.1. | LLC's Mortgage Note Sales as described on attached Exhibit | | See attached | $49,700.00 |
| | | | | Total Gross Sales |

Address
_____
Street
_____
_____
City          State    ZIP Code

Relationship to debtor
None
_____

| | Who received transfer? | | Date transfer | Total amount or value |
|---|---|---|---|---|
| 13.2. | Books Sales as described on the attached Exhibit "Amazon KDP Sales" | | See Attached | $230.03 |
| | | | | TotalGross Sales |

Address
_____
Street
_____
_____
City          State    ZIP Code

Relationship to debtor
None
_____

---

**Part 7:  Previous Locations**

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☐ Does not apply

| | Address | Dates of occupancy | | |
|---|---|---|---|---|
| 14.1. | 140A Amicks Ferry Road, #307 | From | 01/2021 | To | 1/2023 |
| | Street | | 3/28/2022 to filing. | |
| | Chapin          SC      29036 | | | |
| | City          State    ZIP Code | | | |
| 14.2. | 670 Upper Trail | From | 08/06/2019 To | 1/2021 |
| | Street | | | |
| | Blythewood      SC      29016 | | | |
| | City          State    ZIP Code | | | |

---

**SCOTT'S CAPITAL INVESTMENTS, LLC**

Nature of business was to purchase non-performing mortgage notes, work with borrower to bring current, and sell as performing loans. Below is information on the four loans/contracts owned by Scott's Capital Investments, LLC.

1. 1584 Norman Ave, Youngstown, OH 44506
   Non-performing mortgage note
   Purchased on 11/12/2019 via Wire
   Purchase Price: $3,799.00
   Legal Action to Collect: Filed foreclosure which was resolved by loan modification to bring loan current.
   Sold mortgage note for $15,700 via Paperstac trading platform. See Wire deposit on 9/27/2021 iao $15,200 ($500 fee taken by Paperstac prior to sending payment).

2. 2306 E Princeton Ave , Muncie , IN 47303
   Contract for Deed -  Deed in name of Scott's Capital Investment, LLC
   Purchased on 1/23/2020 via Wire
   Purchase Price: $10,200 which includes $500 fee to Paperstac
   Sold contract for deed for $9,000 via Paperstac trading platform. See Wire deposit on 11/25/2020 iao $9,000.

3. 17418 Fink Rd , Centerville, PA 16404
   Non-performing first mortgage note
   Purchased 3/8/2021 via Wire
   Purchase Price: $8,500 which in includes $500 fee to Paperstac.
   Homeowner filed Chapter 13. Case was dismissed. Foreclosure filed. House did not sell at auction to 3rd party so Scott's Capital Investments, LLC purchased real estate at foreclosure sale. Scott's Capital had to pay approximately $5,000 in back taxes. Marketed REO via Paperstac trading platform. Sold at loss due to legal fees and costs associated with foreclosure action. Sold for $21,000 via Paperstac trading platform. See Wire deposit on 8/23/2022 iao $17,679.74.

4. 2656 S 72nd St, Philadelphia, PA 19153
   Non-Performing second mortgage note
   Purchased on 4/20/2021 via Wire
   Purchase Price: $3,500 which includes $500 fee to Paperstac.
   Borrower deceased. Tax Lien on property.
   Sold for $4,000 via Paperstac trading platform. See Wire deposit on 2/10/2022 iao $3,500 ($500 fee taken by Paperstac prior to sending payment).

## AMAZON KDP SALES

| Royalty Date | Title | Author Name | Transaction Type | Units Sold | Avg. List Price without tax | Avg. Offer Price without tax | Avg. Delivery/Manufacturing cost | | Royalty |
|---|---|---|---|---|---|---|---|---|---|
| 2022-12 | GET TO THE LIFELINE OF YOUR DREAMS: With Cash Flow | Joshua Scott | Free - Promotion | 33 | 1.75 | 0.00 | N/A | | 0.00 |
| 2022-12 | GET TO THE LIFELINE OF YOUR DREAMS: With Cash Flow | Joshua Scott | Free - Promotion | 4 | 1.54 | 0.00 | N/A | | 0.00 |
| 2022-12 | GET TO THE LIFELINE OF YOUR DREAMS: With Cash Flow | Joshua Scott | Free - Promotion | 1 | 1.66 | 0.00 | N/A | | 0.00 |
| 2022-11 | GET TO THE LIFELINE OF YOUR DREAMS: With Cash Flow | Joshua Scott | Standard | 1 | 1.75 | 1.75 | N/A | | 0.61 |
| 2022-11 | GET TO THE LIFELINE OF YOUR DREAMS: With Cash Flow | Joshua Scott | Standard | 1 | 1.55 | 1.55 | N/A | | 0.54 |
| 2022-11 | GET TO THE LIFELINE OF YOUR DREAMS: With Cash Flow | Joshua Scott | Standard | 1 | 1.54 | 1.54 | N/A | | 0.54 |
| 2022-10 | GET TO THE LIFELINE OF YOUR DREAMS: With Cash Flow | Joshua Scott | Standard | 2 | 1.55 | 1.55 | N/A | | 1.08 |
| 2022-09 | GET TO THE LIFELINE OF YOUR DREAMS: With Cash Flow | Joshua Scott | Free - Promotion | 23 | 0.99 | 0.00 | N/A | | 0.00 |
| 2022-09 | GET TO THE LIFELINE OF YOUR DREAMS: With Cash Flow | Joshua Scott | Free - Promotion | 1 | 0.82 | 0.00 | N/A | | 0.00 |
| 2022-09 | GET TO THE LIFELINE OF YOUR DREAMS: With Cash Flow | Joshua Scott | Free - Promotion | 1 | 75.24 | 0.00 | N/A | | 0.00 |
| 2022-07 | GET TO THE LIFELINE OF YOUR DREAMS: With Cash Flow | Joshua Scott | Free - Promotion | 5 | 3.00 | 0.00 | | 0.03 | 0.00 |
| 2022-07 | GET TO THE LIFELINE OF YOUR DREAMS: With Cash Flow | Joshua Scott | Free - Promotion | 6 | 2.95 | 0.00 | N/A | | 0.00 |
| 2022-07 | GET TO THE LIFELINE OF YOUR DREAMS: With Cash Flow | Joshua Scott | Free - Promotion | 1 | 3.00 | 0.00 | N/A | | 0.00 |
| 2022-07 | GET TO THE LIFELINE OF YOUR DREAMS: With Cash Flow | Joshua Scott | Standard | 2 | 2.95 | 2.95 | N/A | | 2.06 |
| 2022-07 | GET TO THE LIFELINE OF YOUR DREAMS: With Cash Flow | Joshua Scott | Free - Promotion | 1 | 226.67 | 0.00 | | 1.17 | 0.00 |
| 2022-07 | GET TO THE LIFELINE OF YOUR DREAMS: With Cash Flow | Joshua Scott | Free - Promotion | 2 | 223.81 | 0.00 | N/A | | 0.00 |
| 2022-01 | GET TO THE LIFELINE OF YOUR DREAMS: With Cash Flow | Joshua Scott | Standard | 1 | 2.75 | 2.75 | N/A | | 0.96 |
| 2021-12 | GET TO THE LIFELINE OF YOUR DREAMS: With Cash Flow | Joshua Scott | Standard | 1 | 2.75 | 2.75 | N/A | | 0.96 |
| 2023-01 | MILEAGE LOG BOOK: For tax deductions when you can't get to a computer! | Scott's Capital Investments | Standard - Paperback | 1 | 5.97 | 5.97 | | 2.57 | 1.01 |
| 2023-01 | MILEAGE LOG BOOK: For tax deductions when you can't get to a computer! | Scott's Capital Investments | Standard - Paperback | 1 | 5.97 | 5.97 | | 2.57 | 1.01 |
| 2023-01 | MILEAGE LOG BOOK: For tax deductions when you can't get to a computer! | Scott's Capital Investments | Standard - Paperback | 1 | 5.97 | 5.97 | | 2.57 | 1.01 |
| 2023-01 | MILEAGE LOG BOOK: For tax deductions when you can't get to a computer! | Scott's Capital Investments | Standard - Paperback | 1 | 5.97 | 5.97 | | 2.57 | 1.01 |
| 2023-01 | MILEAGE LOG BOOK: For tax deductions when you can't get to a computer! | Scott's Capital Investments | Standard - Paperback | 2 | 5.97 | 5.97 | | 2.57 | 2.02 |

**AMAZON KDP SALES**

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 2023-01 | MILEAGE LOG BOOK: For tax deductions when you can't get to a computer! | Scott's Capital Investments | Standard - Paperback | 1 | 5.97 | 5.97 | 2.57 | 1.01 |
| 2023-01 | MILEAGE LOG BOOK: For tax deductions when you can't get to a computer! | Scott's Capital Investments | Standard - Paperback | 1 | 5.97 | 5.97 | 2.57 | 1.01 |
| 2023-01 | MILEAGE LOG BOOK: For tax deductions when you can't get to a computer! | Scott's Capital Investments | Standard - Paperback | 1 | 5.97 | 5.97 | 2.57 | 1.01 |
| 2023-01 | Graph Paper Notebook: Historic Thomas Jefferson Inspired Architecture Grid Paper Notebook, Grid Paper, Quad Ruled 4x4 (120 Pages, 8.5 x 11) | Joshua Scott | Standard - Paperback | 1 | 5.55 | 5.55 | 2.29 | 1.04 |
| 2022-12 | Composition Notebook Wide Ruled: Be a Unicorn in a field of Horses Notebook | Scott's Capital Investments | Standard - Paperback | 1 | 9.15 | 9.15 | 4.45 | 1.04 |
| 2022-12 | Composition Notebook Wide Ruled: Be a Unicorn in a field of Horses Notebook | Scott's Capital Investments | Standard - Paperback | 1 | 9.15 | 9.15 | 4.45 | 1.04 |
| 2022-12 | The Alphabet Cursive Handwriting Workbook for Kids: Christian Themed words and Pictures | Scott's Capital Investments | Standard - Paperback | 2 | 7.79 | 7.79 | 3.65 | 2.04 |
| 2022-12 | The Alphabet Cursive Handwriting Workbook for Kids: Christian Themed words and Pictures | Scott's Capital Investments | Standard - Paperback | 1 | 7.79 | 7.79 | 3.65 | 1.02 |
| 2022-12 | MILEAGE LOG BOOK: For tax deductions when you can't get to a computer! | Scott's Capital Investments | Standard - Paperback | 1 | 5.97 | 5.97 | 2.57 | 1.01 |
| 2022-12 | MILEAGE LOG BOOK: For tax deductions when you can't get to a computer! | Scott's Capital Investments | Standard - Paperback | 1 | 5.97 | 5.97 | 2.57 | 1.01 |
| 2022-12 | MILEAGE LOG BOOK: For tax deductions when you can't get to a computer! | Scott's Capital Investments | Standard - Paperback | 3 | 5.97 | 5.97 | 2.57 | 3.03 |
| 2022-12 | MILEAGE LOG BOOK: For tax deductions when you can't get to a computer! | Scott's Capital Investments | Standard - Paperback | 2 | 5.97 | 5.97 | 2.57 | 2.02 |
| 2022-12 | MILEAGE LOG BOOK: For tax deductions when you can't get to a computer! | Scott's Capital Investments | Standard - Paperback | 1 | 5.97 | 5.97 | 2.57 | 1.01 |
| 2022-12 | MILEAGE LOG BOOK: For tax deductions when you can't get to a computer! | Scott's Capital Investments | Standard - Paperback | 1 | 5.97 | 5.97 | 2.57 | 1.01 |
| 2022-12 | MILEAGE LOG BOOK: For tax deductions when you can't get to a computer! | Scott's Capital Investments | Standard - Paperback | 9 | 5.97 | 5.97 | 2.57 | 9.09 |
| 2022-12 | MILEAGE LOG BOOK: For tax deductions when you can't get to a computer! | Scott's Capital Investments | Standard - Paperback | 2 | 5.97 | 5.97 | 2.57 | 2.02 |
| 2022-12 | MILEAGE LOG BOOK: For tax deductions when you can't get to a computer! | Scott's Capital Investments | Standard - Paperback | 2 | 5.97 | 5.97 | 2.57 | 2.02 |
| 2022-12 | MILEAGE LOG BOOK: For tax deductions when you can't get to a computer! | Scott's Capital Investments | Standard - Paperback | 2 | 5.97 | 5.97 | 2.57 | 2.02 |

**AMAZON KDP SALES**

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 2022-12 | MILEAGE LOG BOOK: For tax deductions when you can't get to a computer! | Scott's Capital Investments | Standard - Paperback | 2 | 5.97 | 5.97 | 2.57 | 2.02 |
| 2022-12 | MILEAGE LOG BOOK: For tax deductions when you can't get to a computer! | Scott's Capital Investments | Standard - Paperback | 2 | 5.97 | 5.97 | 2.57 | 2.02 |
| 2022-12 | MILEAGE LOG BOOK: For tax deductions when you can't get to a computer! | Scott's Capital Investments | Standard - Paperback | 1 | 5.97 | 5.97 | 2.57 | 1.01 |
| 2022-12 | MILEAGE LOG BOOK: For tax deductions when you can't get to a computer! | Scott's Capital Investments | Standard - Paperback | 2 | 5.97 | 5.97 | 2.57 | 2.02 |
| 2022-12 | MILEAGE LOG BOOK: For tax deductions when you can't get to a computer! | Scott's Capital Investments | Standard - Paperback | 6 | 5.97 | 5.97 | 2.57 | 6.06 |
| 2022-12 | MILEAGE LOG BOOK: For tax deductions when you can't get to a computer! | Scott's Capital Investments | Standard - Paperback | 1 | 5.97 | 5.97 | 2.57 | 1.01 |
| 2022-12 | MILEAGE LOG BOOK: For tax deductions when you can't get to a computer! | Scott's Capital Investments | Standard - Paperback | 3 | 5.97 | 5.97 | 2.57 | 3.03 |
| 2022-12 | MILEAGE LOG BOOK: For tax deductions when you can't get to a computer! | Scott's Capital Investments | Standard - Paperback | 2 | 5.97 | 5.97 | 2.57 | 2.02 |
| 2022-12 | MILEAGE LOG BOOK: For tax deductions when you can't get to a computer! | Scott's Capital Investments | Standard - Paperback | 4 | 5.97 | 5.97 | 2.57 | 4.04 |
| 2022-12 | MILEAGE LOG BOOK: For tax deductions when you can't get to a computer! | Scott's Capital Investments | Standard - Paperback | 6 | 5.97 | 5.97 | 2.57 | 6.06 |
| 2022-12 | MILEAGE LOG BOOK: For tax deductions when you can't get to a computer! | Scott's Capital Investments | Standard - Paperback | 1 | 5.97 | 5.97 | 2.57 | 1.01 |
| 2022-12 | MILEAGE LOG BOOK: For tax deductions when you can't get to a computer! | Scott's Capital Investments | Standard - Paperback | 1 | 5.97 | 5.97 | 2.57 | 1.01 |
| 2022-12 | MILEAGE LOG BOOK: For tax deductions when you can't get to a computer! | Scott's Capital Investments | Standard - Paperback | 1 | 5.97 | 5.97 | 2.57 | 1.01 |
| 2022-12 | Graph Paper Notebook: Historic Thomas Jefferson Inspired Architecture Grid Paper Notebook, Grid Paper, Quad Ruled 4x4 (120 Pages, 8.5 x 11) | Joshua Scott | Standard - Paperback | 3 | 5.55 | 5.55 | 2.29 | 3.12 |
| 2022-12 | Graph Paper Notebook: Historic Thomas Jefferson Inspired Architecture Grid Paper Notebook, Grid Paper, Quad Ruled 4x4 (120 Pages, 8.5 x 11) | Joshua Scott | Standard - Paperback | 2 | 5.55 | 5.55 | 2.29 | 2.08 |
| 2022-12 | Graph Paper Notebook: Historic Thomas Jefferson Inspired Architecture Grid Paper Notebook, Grid Paper, Quad Ruled 4x4 (120 Pages, 8.5 x 11) | Joshua Scott | Standard - Paperback | 1 | 5.55 | 5.55 | 2.29 | 1.04 |
| 2022-12 | ID10T : A Notebook for Technicians | Joshua Scott | Standard - Paperback | 1 | 6.50 | 6.50 | 2.81 | 1.09 |

**AMAZON KDP SALES**

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 2022-12 | Coloring the Fun of Lake Murray, South Carolina: A Great Way to Relax | Joshua Scott | Standard - Paperback | 1 | 5.25 | 5.25 | 2.15 | 1.00 |
| 2022-12 | Coloring the Fun of Lake Murray, South Carolina: A Great Way to Relax | Joshua Scott | Standard - Paperback | 1 | 5.25 | 5.25 | 2.15 | 1.00 |
| 2022-12 | Coloring the Fun of Lake Murray, South Carolina: A Great Way to Relax | Joshua Scott | Standard - Paperback | 1 | 5.25 | 5.25 | 2.15 | 1.00 |
| 2022-12 | Coloring the Fun of Lake Murray, South Carolina: A Great Way to Relax | Joshua Scott | Standard - Paperback | 1 | 5.25 | 5.25 | 2.15 | 1.00 |
| 2022-12 | Coloring the Fun of Lake Murray, South Carolina: A Great Way to Relax | Joshua Scott | Standard - Paperback | 1 | 5.25 | 5.25 | 2.15 | 1.00 |
| 2022-11 | Composition Notebook Wide Ruled: Be a Unicorn in a field of Horses Notebook | Scott's Capital Investments | Standard - Paperback | 1 | 9.15 | 9.15 | 4.45 | 1.04 |
| 2022-11 | The Alphabet Cursive Handwriting Workbook for Kids: Christian Themed words and Pictures | Scott's Capital Investments | Standard - Paperback | 1 | 7.79 | 7.79 | 3.65 | 1.02 |
| 2022-11 | The Alphabet Cursive Handwriting Workbook for Kids: Christian Themed words and Pictures | Scott's Capital Investments | Standard - Paperback | 1 | 7.79 | 7.79 | 3.65 | 1.02 |
| 2022-11 | The Alphabet Cursive Handwriting Workbook for Kids: Christian Themed words and Pictures | Scott's Capital Investments | Standard - Paperback | 1 | 7.79 | 7.79 | 3.65 | 1.02 |
| 2022-11 | The Alphabet Print Handwriting Workbook for Kids: Christian Themed words and Pictures | Scott's Capital Investments | Standard - Paperback | 1 | 7.79 | 7.79 | 3.65 | 1.02 |
| 2022-11 | MILEAGE LOG BOOK: For tax deductions when you can't get to a computer! | Scott's Capital Investments | Standard - Paperback | 3 | 5.97 | 5.97 | 2.57 | 3.03 |
| 2022-11 | MILEAGE LOG BOOK: For tax deductions when you can't get to a computer! | Scott's Capital Investments | Standard - Paperback | 1 | 5.97 | 5.97 | 2.57 | 1.01 |
| 2022-11 | MILEAGE LOG BOOK: For tax deductions when you can't get to a computer! | Scott's Capital Investments | Standard - Paperback | 2 | 5.97 | 5.97 | 2.57 | 2.02 |
| 2022-11 | MILEAGE LOG BOOK: For tax deductions when you can't get to a computer! | Scott's Capital Investments | Standard - Paperback | 2 | 5.97 | 5.97 | 2.57 | 2.02 |
| 2022-11 | MILEAGE LOG BOOK: For tax deductions when you can't get to a computer! | Scott's Capital Investments | Standard - Paperback | 2 | 5.97 | 5.97 | 2.57 | 2.02 |
| 2022-11 | MILEAGE LOG BOOK: For tax deductions when you can't get to a computer! | Scott's Capital Investments | Standard - Paperback | 1 | 5.97 | 5.97 | 2.57 | 1.01 |
| 2022-11 | MILEAGE LOG BOOK: For tax deductions when you can't get to a computer! | Scott's Capital Investments | Standard - Paperback | 1 | 5.97 | 5.97 | 2.57 | 1.01 |
| 2022-11 | MILEAGE LOG BOOK: For tax deductions when you can't get to a computer! | Scott's Capital Investments | Standard - Paperback | 3 | 5.97 | 5.97 | 2.57 | 3.03 |
| 2022-11 | MILEAGE LOG BOOK: For tax deductions when you can't get to a computer! | Scott's Capital Investments | Standard - Paperback | 1 | 5.97 | 5.97 | 2.57 | 1.01 |

**AMAZON KDP SALES**

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 2022-11 | MILEAGE LOG BOOK: For tax deductions when you can't get to a computer! | Scott's Capital Investments | Standard - Paperback | 2 | 5.97 | 5.97 | 2.57 | 2.02 |
| 2022-11 | MILEAGE LOG BOOK: For tax deductions when you can't get to a computer! | Scott's Capital Investments | Standard - Paperback | 3 | 5.97 | 5.97 | 2.57 | 3.03 |
| 2022-11 | MILEAGE LOG BOOK: For tax deductions when you can't get to a computer! | Scott's Capital Investments | Standard - Paperback | 2 | 5.97 | 5.97 | 2.57 | 2.02 |
| 2022-11 | MILEAGE LOG BOOK: For tax deductions when you can't get to a computer! | Scott's Capital Investments | Standard - Paperback | 1 | 5.97 | 5.97 | 2.57 | 1.01 |
| 2022-11 | MILEAGE LOG BOOK: For tax deductions when you can't get to a computer! | Scott's Capital Investments | Standard - Paperback | 3 | 5.97 | 5.97 | 2.57 | 3.03 |
| 2022-11 | MILEAGE LOG BOOK: For tax deductions when you can't get to a computer! | Scott's Capital Investments | Standard - Paperback | 1 | 5.97 | 5.97 | 2.57 | 1.01 |
| 2022-11 | MILEAGE LOG BOOK: For tax deductions when you can't get to a computer! | Scott's Capital Investments | Standard - Paperback | 1 | 5.97 | 5.97 | 2.57 | 1.01 |
| 2022-11 | MILEAGE LOG BOOK: For tax deductions when you can't get to a computer! | Scott's Capital Investments | Standard - Paperback | 1 | 5.97 | 5.97 | 2.57 | 1.01 |
| 2022-11 | MILEAGE LOG BOOK: For tax deductions when you can't get to a computer! | Scott's Capital Investments | Standard - Paperback | 2 | 5.97 | 5.97 | 2.57 | 2.02 |
| 2022-11 | MILEAGE LOG BOOK: For tax deductions when you can't get to a computer! | Scott's Capital Investments | Standard - Paperback | 1 | 5.97 | 5.97 | 2.57 | 1.01 |
| 2022-11 | MILEAGE LOG BOOK: For tax deductions when you can't get to a computer! | Scott's Capital Investments | Standard - Paperback | 3 | 5.97 | 5.97 | 2.57 | 3.03 |
| 2022-11 | MILEAGE LOG BOOK: For tax deductions when you can't get to a computer! | Scott's Capital Investments | Standard - Paperback | 2 | 5.97 | 5.97 | 2.57 | 2.02 |
| 2022-11 | MILEAGE LOG BOOK: For tax deductions when you can't get to a computer! | Scott's Capital Investments | Standard - Paperback | 2 | 5.97 | 5.97 | 2.57 | 2.02 |
| 2022-11 | MILEAGE LOG BOOK: For tax deductions when you can't get to a computer! | Scott's Capital Investments | Standard - Paperback | 3 | 5.97 | 5.97 | 2.57 | 3.03 |
| 2022-11 | MILEAGE LOG BOOK: For tax deductions when you can't get to a computer! | Scott's Capital Investments | Standard - Paperback | 4 | 5.97 | 5.97 | 2.57 | 4.04 |
| 2022-11 | Graph Paper Notebook: Historic Thomas Jefferson Inspired Architecture Grid Paper Notebook, Grid Paper, Quad Ruled 4x4 (120 Pages, 8.5 x 11) | Joshua Scott | Standard - Paperback | 1 | 5.55 | 5.55 | 2.29 | 1.04 |
| 2022-11 | Graph Paper Notebook: Historic Thomas Jefferson Inspired Architecture Grid Paper Notebook, Grid Paper, Quad Ruled 4x4 (120 Pages, 8.5 x 11) | Joshua Scott | Standard - Paperback | 2 | 5.55 | 5.55 | 2.29 | 2.08 |
| 2022-11 | Graph Paper Notebook: Historic Thomas Jefferson Inspired | Joshua Scott | Standard - Paperback | 1 | 5.55 | 5.55 | 2.29 | 1.04 |

AMAZON KDP SALES

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 2022-11 | Architecture Grid Paper Notebook, Grid Paper, Quad Ruled 4x4 (120 Pages, 8.5 x 11) Graph Paper Notebook: Historic Thomas Jefferson Inspired Architecture Grid Paper Notebook, Grid Paper, Quad Ruled 4x4 (120 Pages, 8.5 x 11) | Joshua Scott | Standard - Paperback | 1 | 5.55 | 5.55 | 2.29 | 1.04 |
| 2022-11 | Graph Paper Notebook: Historic Thomas Jefferson Inspired Architecture Grid Paper Notebook, Grid Paper, Quad Ruled 4x4 (120 Pages, 8.5 x 11) | Joshua Scott | Standard - Paperback | 1 | 5.55 | 5.55 | 2.29 | 1.04 |
| 2022-11 | Graph Paper Notebook: Historic Thomas Jefferson Inspired Architecture Grid Paper Notebook, Grid Paper, Quad Ruled 4x4 (120 Pages, 8.5 x 11) | Joshua Scott | Standard - Paperback | 1 | 5.55 | 5.55 | 2.29 | 1.04 |
| 2022-11 | Graph Paper Notebook: Historic Thomas Jefferson Inspired Architecture Grid Paper Notebook, Grid Paper, Quad Ruled 4x4 (120 Pages, 8.5 x 11) | Joshua Scott | Standard - Paperback | 2 | 5.55 | 5.55 | 2.29 | 2.08 |
| 2022-11 | Graph Paper Notebook: Historic Thomas Jefferson Inspired Architecture Grid Paper Notebook, Grid Paper, Quad Ruled 4x4 (120 Pages, 8.5 x 11) | Joshua Scott | Standard - Paperback | 2 | 5.55 | 5.55 | 2.29 | 2.08 |
| 2022-11 | Graph Paper Notebook: Historic Thomas Jefferson Inspired Architecture Grid Paper Notebook, Grid Paper, Quad Ruled 4x4 (120 Pages, 8.5 x 11) | Joshua Scott | Standard - Paperback | 1 | 5.55 | 5.55 | 2.29 | 1.04 |
| 2022-11 | Graph Paper Notebook: Historic Thomas Jefferson Inspired Architecture Grid Paper Notebook, Grid Paper, Quad Ruled 4x4 (120 Pages, 8.5 x 11) | Joshua Scott | Standard - Paperback | 5 | 5.55 | 5.55 | 2.29 | 5.20 |
| 2022-11 | Graph Paper Notebook: Historic Thomas Jefferson Inspired Architecture Grid Paper Notebook, Grid Paper, Quad Ruled 4x4 (120 Pages, 8.5 x 11) | Joshua Scott | Standard - Paperback | 1 | 5.55 | 5.55 | 2.29 | 1.04 |
| 2022-11 | Composition Notebook: Christmas Themed with Christmas Tree, Doves, and a Large Cross. College Ruled, White Paper, 120 Pages | Joshua Scott | Standard - Paperback | 2 | 4.95 | 4.95 | 2.29 | 1.36 |
| 2022-11 | Composition Notebook: Christmas Themed with Christmas Tree, Doves, and a Large Cross. College Ruled, White Paper, 120 Pages | Joshua Scott | Standard - Paperback | 1 | 4.95 | 4.95 | 2.29 | 0.68 |
| 2022-11 | Composition Notebook: Christmas Themed with Christmas Tree, Doves, and a Large Cross. College Ruled, White Paper, 120 Pages | Joshua Scott | Standard - Paperback | 1 | 4.95 | 4.95 | 2.29 | 0.68 |
| 2022-11 | James the Phish: A Tale of a Small Phish in a World of Technology | Joshua Scott | Standard - Paperback | 1 | 7.79 | 7.79 | 3.65 | 1.02 |

**AMAZON KDP SALES**

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 2022-11 | GET TO THE LIFELINE OF YOUR DREAMS: With Cash Flow | Joshua Scott | Standard - Paperback | 1 | 5.55 | 5.55 | 2.15 | 1.18 |
| 2022-11 | GET TO THE LIFELINE OF YOUR DREAMS: With Cash Flow | Joshua Scott | Standard - Paperback | 2 | 5.55 | 5.55 | 2.15 | 2.36 |
| 2022-11 | GET TO THE LIFELINE OF YOUR DREAMS: With Cash Flow | Joshua Scott | Standard - Paperback | 1 | 5.55 | 5.55 | 2.15 | 1.18 |
| 2022-10 | The Alphabet Cursive Handwriting Workbook for Kids: Christian Themed words and Pictures | Scott's Capital Investments | Standard - Paperback | 1 | 7.99 | 7.99 | 3.65 | 1.14 |
| 2022-10 | MILEAGE LOG BOOK: For tax deductions when you can't get to a computer! | Scott's Capital Investments | Standard - Paperback | 1 | 5.97 | 5.97 | 2.57 | 1.01 |
| 2022-10 | MILEAGE LOG BOOK: For tax deductions when you can't get to a computer! | Scott's Capital Investments | Standard - Paperback | 2 | 5.97 | 5.97 | 2.57 | 2.02 |
| 2022-10 | MILEAGE LOG BOOK: For tax deductions when you can't get to a computer! | Scott's Capital Investments | Standard - Paperback | 1 | 5.97 | 5.97 | 2.57 | 1.01 |
| 2022-10 | MILEAGE LOG BOOK: For tax deductions when you can't get to a computer! | Scott's Capital Investments | Standard - Paperback | 1 | 5.97 | 5.97 | 2.57 | 1.01 |
| 2022-10 | MILEAGE LOG BOOK: For tax deductions when you can't get to a computer! | Scott's Capital Investments | Standard - Paperback | 4 | 5.97 | 5.97 | 2.57 | 4.04 |
| 2022-10 | MILEAGE LOG BOOK: For tax deductions when you can't get to a computer! | Scott's Capital Investments | Standard - Paperback | 2 | 5.95 | 5.95 | 2.57 | 2.00 |
| 2022-10 | MILEAGE LOG BOOK: For tax deductions when you can't get to a computer! | Scott's Capital Investments | Standard - Paperback | 2 | 5.95 | 5.95 | 2.57 | 2.00 |
| 2022-10 | MILEAGE LOG BOOK: For tax deductions when you can't get to a computer! | Scott's Capital Investments | Standard - Paperback | 1 | 5.95 | 5.95 | 2.57 | 1.00 |
| 2022-10 | MILEAGE LOG BOOK: For tax deductions when you can't get to a computer! | Scott's Capital Investments | Standard - Paperback | 1 | 5.95 | 5.95 | 2.57 | 1.00 |
| 2022-10 | MILEAGE LOG BOOK: For tax deductions when you can't get to a computer! | Scott's Capital Investments | Standard - Paperback | 2 | 5.95 | 5.95 | 2.57 | 2.00 |
| 2022-10 | MILEAGE LOG BOOK: For tax deductions when you can't get to a computer! | Scott's Capital Investments | Standard - Paperback | 2 | 5.95 | 5.95 | 2.57 | 2.00 |
| 2022-10 | MILEAGE LOG BOOK: For tax deductions when you can't get to a computer! | Scott's Capital Investments | Standard - Paperback | 1 | 5.95 | 5.95 | 2.57 | 1.00 |
| 2022-10 | Graph Paper Notebook: Historic Thomas Jefferson Inspired Architecture Grid Paper Notebook, Grid Paper, Quad Ruled 4x4 (120 Pages, 8.5 x 11) | Joshua Scott | Standard - Paperback | 1 | 5.55 | 5.55 | 2.29 | 1.04 |
| 2022-10 | Graph Paper Notebook: Historic Thomas Jefferson Inspired Architecture Grid Paper Notebook, Grid Paper, Quad Ruled 4x4 (120 Pages, 8.5 x 11) | Joshua Scott | Standard - Paperback | 2 | 5.55 | 5.55 | 2.29 | 2.08 |
| 2022-10 | Graph Paper Notebook: Historic Thomas Jefferson Inspired | Joshua Scott | Standard - Paperback | 1 | 5.55 | 5.55 | 2.29 | 1.04 |

**AMAZON KDP SALES**

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 2022-10 | Architecture Grid Paper Notebook, Grid Paper, Quad Ruled 4x4 (120 Pages, 8.5 x 11) | Joshua Scott | Standard - Paperback | 1 | 5.55 | 5.55 | 2.29 | 1.04 |
| 2022-10 | Graph Paper Notebook: Historic Thomas Jefferson Inspired Architecture Grid Paper Notebook, Grid Paper, Quad Ruled 4x4 (120 Pages, 8.5 x 11) | Joshua Scott | Standard - Paperback | 2 | 5.55 | 5.55 | 2.29 | 2.08 |
| 2022-10 | Graph Paper Notebook: Historic Thomas Jefferson Inspired Architecture Grid Paper Notebook, Grid Paper, Quad Ruled 4x4 (120 Pages, 8.5 x 11) | Joshua Scott | Standard - Paperback | 3 | 5.55 | 5.55 | 2.29 | 3.12 |
| 2022-10 | Graph Paper Notebook: Historic Thomas Jefferson Inspired Architecture Grid Paper Notebook, Grid Paper, Quad Ruled 4x4 (120 Pages, 8.5 x 11) | Joshua Scott | Standard - Paperback | 1 | 5.55 | 5.55 | 2.29 | 1.04 |
| 2022-10 | ID10T : A Notebook for Technicians | Joshua Scott | Standard - Paperback | 1 | 6.45 | 6.45 | 2.81 | 1.06 |
| 2022-10 | Coloring the Adventures of Jekyll Island | Joshua Scott | Standard - Paperback | 1 | 4.50 | 4.50 | 2.15 | 0.55 |
| 2022-10 | GET TO THE LIFELINE OF YOUR DREAMS: With Cash Flow | Joshua Scott | Standard - Paperback | 1 | 5.55 | 5.55 | 2.15 | 1.18 |
| 2022-10 | GET TO THE LIFELINE OF YOUR DREAMS: With Cash Flow | Joshua Scott | Standard - Paperback | 1 | 5.55 | 5.55 | 2.15 | 1.18 |
| 2022-10 | GET TO THE LIFELINE OF YOUR DREAMS: With Cash Flow | Joshua Scott | Standard - Paperback | 1 | 5.55 | 5.55 | 2.15 | 1.18 |
| 2022-09 | James the Phish: A Tale of a Small Phish in a World of Technology | Joshua Scott | Standard - Paperback | 1 | 9.99 | 9.99 | 3.65 | 2.34 |
| 2022-09 | ID10T : A Notebook for Technicians | Joshua Scott | Standard - Paperback | 1 | 6.49 | 6.49 | 2.81 | 1.08 |
| 2022-09 | Coloring the Fun of Lake Murray, South Carolina: A Great Way to Relax | Joshua Scott | Standard - Paperback | 1 | 5.55 | 4.62 | 2.15 | 1.18 |
| 2022-09 | GET TO THE LIFELINE OF YOUR DREAMS: With Cash Flow | Joshua Scott | Standard - Paperback | 1 | 4.50 | 4.50 | 2.15 | 0.55 |
| 2022-08 | ID10T : A Notebook for Technicians | Joshua Scott | Standard - Paperback | 1 | 6.25 | 6.25 | 2.81 | 0.94 |
| 2022-08 | Coloring the Fun of Lake Murray, South Carolina: A Great Way to Relax | Joshua Scott | Standard - Paperback | 1 | 5.25 | 5.25 | 2.15 | 1.00 |
| 2022-08 | Coloring the Adventures of Jekyll Island | Joshua Scott | Standard - Paperback | 2 | 4.50 | 4.50 | 2.15 | 1.10 |
| 2022-08 | GET TO THE LIFELINE OF YOUR DREAMS: With Cash Flow | Joshua Scott | Standard - Paperback | 1 | 4.50 | 4.50 | 2.15 | 0.55 |
| 2022-07 | GET TO THE LIFELINE OF YOUR DREAMS: With Cash Flow | Joshua Scott | Standard - Paperback | 1 | 5.25 | 5.25 | 2.15 | 1.00 |
| 2022-07 | GET TO THE LIFELINE OF YOUR DREAMS: With Cash Flow | Joshua Scott | Standard - Paperback | 1 | 4.98 | 4.98 | 2.15 | 0.84 |
| 2022-07 | GET TO THE LIFELINE OF YOUR DREAMS: With Cash Flow | Joshua Scott | Standard - Paperback | 1 | 4.98 | 4.98 | 2.15 | 0.84 |

**AMAZON KDP SALES**

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 2022-06 | Coloring the Fun of Lake Murray, South Carolina: A Great Way to Relax | Joshua Scott | Standard - Paperback | 1 | 5.99 | 5.99 | 2.15 | 1.44 |
| 2022-06 | Coloring the Adventures of Jekyll Island | Joshua Scott | Standard - Paperback | 2 | 5.75 | 5.75 | 2.15 | 2.60 |
| 2022-05 | Coloring the Adventures of Jekyll Island | Joshua Scott | Standard - Paperback | 1 | 5.55 | 5.55 | 2.15 | 1.18 |
| 2022-03 | Coloring the Adventures of Jekyll Island | Joshua Scott | Standard - Paperback | 1 | 5.99 | 5.99 | 2.15 | 1.44 |
| 2022-03 | GET TO THE LIFELINE OF YOUR DREAMS: With Cash Flow | Joshua Scott | Standard - Paperback | 1 | 5.50 | 5.50 | 2.15 | 1.15 |
| 2022-02 | GET TO THE LIFELINE OF YOUR DREAMS: With Cash Flow | Joshua Scott | Standard - Paperback | 1 | 5.50 | 5.50 | 2.15 | 1.15 |
| 2022-02 | GET TO THE LIFELINE OF YOUR DREAMS: With Cash Flow | Joshua Scott | Standard - Paperback | 1 | 5.50 | 5.50 | 2.15 | 1.15 |

230.03

Debtor    **Scott's Capital Investments, LLC**
_____    Case number (if known)_____
Name

---

| Part 8: | **Health Care Bankruptcies** |

**15. Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:

— diagnosing or treating injury, deformity, or disease, or

— providing any surgical, psychiatric, drug treatment, or obstetric care?

☑ No. Go to Part 9.

☐ Yes. Fill in the information below.

| **Facility name and address** | **Nature of the business operation, including type of services the debtor provides** | **If debtor provides meals and housing, number of patients in debtor's care** |
|---|---|---|
| 15.1. _____<br>Facility name | _____ | _____ |
| _____<br>Street | **Location where patient records are maintained (if different from facility address). If electronic, identify any service provider.**<br>_____ | **How are records kept?** |
| _____<br>City      State      ZIP Code | _____ | *Check all that apply:*<br>☐ Electronically<br>☐ Paper |
| **Facility name and address** | **Nature of the business operation, including type of services the debtor provides** | **If debtor provides meals and housing, number of patients in debtor's care** |
| 15.2. _____<br>Facility name | _____ | _____ |
| _____<br>Street | **Location where patient records are maintained (if different from facility address). If electronic, identify any service provider.**<br>_____ | **How are records kept?** |
| _____<br>City      State      ZIP Code | _____ | *Check all that apply:*<br>☐ Electronically<br>☐ Paper |

---

| Part 9: | **Personally Identifiable Information** |

**16. Does the debtor collect and retain personally identifiable information of customers?**

☑ No.

☐ Yes. State the nature of the information collected and retained. _____

Does the debtor have a privacy policy about that information?

☐ No

☐ Yes

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☑ No. Go to Part 10.

Yes. Does the debtor serve as plan administrator?

☐ No. Go to Part 10.

☐ Yes. Fill in below:

Name of plan                                                                Employer identification number of the plan

_____          EIN: __ __ – __ __ __ __ __ __ __

Has the plan been terminated?

☐ No

☐ Yes

---

Debtor    **Scott's Capital Investments, LLC**
_____    Case number (if known)_____
           Name

| **Part 10:** | **Certain Financial Accounts, Safe Deposit Boxes, and Storage Units** |

**18. Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?

Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, associations, cooperatives, and other financial institutions.

☑ None

| | Financial institution name and address | Last 4 digits of account number | Type of account | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.1. | _____<br>Name<br>_____<br>Street<br>_____<br>City        State        ZIP Code | XXXX–__ __ __ __ | ☐ Checking<br>☐ Savings<br>☐ Money market<br>☐ Brokerage<br>☐ Other_____ | _____ | $_____ |
| 18.2. | _____<br>Name<br>_____<br>Street<br>_____<br>City        State        ZIP Code | XXXX–__ __ __ __ | ☐ Checking<br>☐ Savings<br>☐ Money market<br>☐ Brokerage<br>☐ Other_____ | _____ | $_____ |

**19. Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☑ None

| Depository institution name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| _____<br>Name<br>_____<br>Street<br>_____<br>City        State        ZIP Code | _____<br>_____<br>_____<br><br>**Address**<br>_____<br>_____ | _____<br>_____<br>_____ | ☐ No<br>☐ Yes |

**20. Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☑ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| _____<br>Name<br>_____<br>Street<br>_____<br>City        State        ZIP Code | _____<br>_____<br>_____<br><br>**Address**<br>_____<br>_____ | _____<br>_____<br>_____ | ☐ No<br>☐ Yes |

Debtor   **Scott's Capital Investments, LLC**
_____
Name

Case number (if known)_____

---

**Part 11:   Property the Debtor Holds or Controls That the Debtor Does Not Own**

**21. Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list property leased or rented property.

☑ None

| Owner's name and address | Location of the property | Description of the property | Value |
|---|---|---|---|
| | | | $_____ |
| Name | | | |
| Street | | | |
| City        State        ZIP Code | | | |

---

**Part 12:   Details About Environmental Information**

For the purpose of Part 12, the following definitions apply:

▫ *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

▫ *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

▫ *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22. Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

☑ No
☐ Yes. Provide details below.

| Case title | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|
| | | | ☐ Pending |
| **Case number** | Name | | ☐ On appeal |
| | Street | | ☐ Concluded |
| | City        State        ZIP Code | | |

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☑ No
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| | | | _____ |
| Name | Name | | |
| Street | Street | | |
| City        State        ZIP Code | City        State        ZIP Code | | |

---

Debtor    <u>Scott's Capital Investments, LLC</u>                    Case number *(if known)*_____
          Name

---

**24.** Has the debtor notified any governmental unit of any release of hazardous material?

☑ No
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| Name | Name | | |
| Street | Street | | |
| City        State   ZIP Code | City        State   ZIP Code | | |

---

**Part 13:    Details About the Debtor's Business or Connections to Any Business**

**25.** Other businesses in which the debtor has or has had an interest

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☑ None

| | Business name and address | Describe the nature of the business | Employer Identification number |
|---|---|---|---|
| | | | Do not include Social Security number or ITIN. |
| 25.1. | Name | | EIN: __ __ - __ __ __ __ __ __ __ |
| | Street | | Dates business existed |
| | City        State   ZIP Code | | From _____   To _____ |
| 25.2. | Business name and address | Describe the nature of the business | Employer Identification number |
| | | | Do not include Social Security number or ITIN. |
| | Name | | EIN: __ __ - __ __ __ __ __ __ __ |
| | Street | | Dates business existed |
| | City        State   ZIP Code | | From _____   To _____ |
| 25.3. | Business name and address | Describe the nature of the business | Employer Identification number |
| | | | Do not include Social Security number or ITIN. |
| | Name | | EIN: __ __ - __ __ __ __ __ __ __ |
| | Street | | Dates business existed |
| | City        State   ZIP Code | | From _____   To _____ |

---

Debtor    Scott's Capital Investments, LLC
          _____
          Name

Case number (if known)_____

---

**26. Books, records, and financial statements**

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☑ None

| Name and address | Dates of service |
|---|---|
| **26a.1.** | From _____ To _____ |
| _____ | |
| Name | |
| _____ | |
| Street | |
| _____ | |
| City                State        ZIP Code | |

| Name and address | Dates of service |
|---|---|
| **26a.2.** | From _____ To _____ |
| _____ | |
| Name | |
| _____ | |
| Street | |
| _____ | |
| City                State        ZIP Code | |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☑ None

| Name and address | Dates of service |
|---|---|
| **26b.1.** | From _____ To _____ |
| _____ | |
| Name | |
| _____ | |
| Street | |
| _____ | |
| City                State        ZIP Code | |

| Name and address | Dates of service |
|---|---|
| **26b.2.** | From _____ To _____ |
| _____ | |
| Name | |
| _____ | |
| Street | |
| _____ | |
| City                State        ZIP Code | |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| **26c.1.** | |
| Intuit Corporate Headquarters | |
| _____ | _____ |
| Name | |
| 2635 Marine Way | Quick Books On-Line |
| Street | _____ |
| _____ | |
| Mountain View        CA        94043 | |
| City                State        ZIP Code | |

---

Debtor    Scott's Capital Investments, LLC
_____    Case number (if known)_____
         Name

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|

26c.2.    Joshua Scott
         _____    Access to On-Line Quick Books
         Name                                and Bank Statements
         526 Lilypad Ct.
         _____    _____
         Street

         Chapin              SC       29036
         _____
         City                State    ZIP Code

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☑ None

        Name and address

26d.1.  _____
        Name
        _____
        Street
        _____
        _____
        City                State    ZIP Code

        Name and address

26d.2.  _____
        Name
        _____
        Street
        _____
        _____
        City                State    ZIP Code

## 27. Inventories

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☑ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| _____ | _____ | $_____ |

        Name and address of the person who has possession of inventory records

27.1.   _____
        Name
        _____
        Street
        _____
        _____
        City                State    ZIP Code

Debtor   **Scott's Capital Investments, LLC**
         Name

Case number (if known)_____

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| _____ | _____ | $_____ |

Name and address of the person who has possession of inventory records

27.2.
Name _____

Street _____

_____

City _____  State ____  ZIP Code ____

28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of interest | % of interest, if any |
|---|---|---|---|
| Joshua Scott | 526 Lilypad Court, Chpain, South Carolina 29036. | Sole Owner/Member | 100% |
| | | | |
| | | | |
| | | | |

29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?

☑ No
☐ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| _____ | _____ | _____ | From ____ To ____ |
| _____ | _____ | _____ | From ____ To ____ |
| _____ | _____ | _____ | From ____ To ____ |
| _____ | _____ | _____ | From ____ To ____ |

30. Payments, distributions, or withdrawals credited or given to insiders

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
☑ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| Joshua Scott | $36,300.00 (monthly repayments of $3,300 each). | 3/28/2022 to filing. | Repayment of loans made by Joshua Scott to LLC to keep business operating. |

30.1.
Name

Street
526 Lilypad Ct., Chapin, SC 29036

City        State     ZIP Code

Relationship to debtor
Sole Owner/Member

Debtor  **Scott's Capital Investments, LLC**    Case number (if known)_____
      Name

---

Name and address of recipient

30.2
_____
Name

_____
Street

_____
City              State     ZIP Code

**Relationship to debtor**

_____

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**
☑ No
☐ Yes. Identify below.

Name of the parent corporation                **Employer Identification number of the parent corporation**

_____    EIN: ___ ___ – ___ ___ ___ ___ ___ ___ ___

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**
☑ No
☐ Yes. Identify below.

Name of the pension fund                     **Employer Identification number of the pension fund**

_____    EIN: ___ ___ – ___ ___ ___ ___ ___ ___ ___

---

**Part 14:    Signature and Declaration**

---

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **03/28/2023**
           MM / DD / YYYY

✗ /s/ Joshua Scott              Printed name  **Joshua Scott**
  Signature of individual signing on behalf of the debtor

  Position or relationship to debtor  **Sole Owner/Member**

Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?
☐ No
☐ Yes

---

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court

_____ District Of _____ South Carolina _____

**In re** Scott's Capital Investments, LLC

Case No. _____

**Debtor**

Chapter 7 _____

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1.  Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

    For legal services, I have agreed to accept . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ $4,000 ____

    Prior to the filing of this statement I have received . . . . . . . . . . . . . . . . . . . . . . $ $4,000.00; legal fees

    Balance Due . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ $0.00 ____ and expenses

2.  The source of the compensation paid to me was:

    ☐ Debtor          ☑ Other (specify) Paid by Joshua Scott

3.  The source of compensation to be paid to me is:

    ☐ Debtor          ☐ Other (specify)

4.  ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐ I have agreed to share the above-disclosed compensation with a other person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;

    b.  Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;

    c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

B2030 (Form 2030) (12/15)

    d.  [Other provisions as needed]  NONE

6.  By agreement with the debtor(s), the above-disclosed fee does not include the following services:

Adversary Proceedings and Appeals

---

CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

| 03/28/2023 | /s/ Janet B. Haigler |
|---|---|
| *Date* | *Signature of Attorney* |
| | Haigler Law Firm LLC |
| | *Name of law firm* |

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF SOUTH CAROLINA

In re:

Scott's Capital Investments, LLC

Debtor.

Chapter 7

Case No.

## VERIFICATION OF CREDITOR MAILING MATRIX

The above-named Debtor(s) hereby verify that the attached list of creditors is true and correct to the best of their knowledge.

Date: 03/28/2023

/s/ Joshua Scott
Signature of individual signing on behalf of debtor

Owner/sole member
Position or Relationship to debtor

American Express (Blue)
Three World Finance Center
200 Vessey Street
New York, NY 10286-4803

American Express (Gold)
Three World Finance Center
200 Vessey Street
New York, NY 10285-4803

Internal Revenue Service
Centralized Insolvency Operation
P.O. Box 7346
Philadelphia, PA 19101-7346

Navy Federal Credit Union
820 Follin Lane SE
Vienna, VA 22180-4907

SC DEW
Document Control – Bankruptcy
P.O. Box 995
Columbia, SC 29202-0995

SC Department of Revenue
Office of General counsel
300A Outlet Pointe Blvd.
Columbia, SC 29210

Joshua Scott
526 Lilypad Ct.
Chapin, SC 29036

Truist (formerly SunTrust)
Truist Financial Corporation
214 N. Tryon Street
Charlotte, NC 28202

## United States Bankruptcy Court
### District of South Carolina

In re   **Scott's Capital Investments, LLC**

Debtor(s)

Case No.

Chapter   7

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **Scott's Capital Investments, LLC**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

☑ None [*Check if applicable*]

**March 28, 2023**

Date

/s/ Janet B. Haigler
Janet B. Haigler  #5708
Signature of Attorney or Litigant
Counsel for   **Scott's Capital Investments, LLC**
**Haigler Law Firm, LLC**
**P.O. Box 505**
**Chapin, SC 29036**
**(803) 261-9806**